



**FILED**
5/16/2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**RECEIVED**

MAY 0 6 2016

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

Andrew James Martin

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Thomas J. Dart

Supt. Victor Thomas

Cmdr. Tate - Div. 6

Cmdr. Consolino - Div. 6

Sgt. Gray - Div. 6

Sgt. Dubaka - Div. 6

(Enter above the full name of ALL
defendants in this action. <u>Do not
use "et al."</u>)

1:16-cv-5057
Judge Robert M. Dow, Jr.
Magistrate Judge Susan E. Cox
PC1

Theresa Olson

J. Miller

Cook County Maintance Department

Jane Doe(s)

John Doe(s).

**CHECK ONE ONLY:**          **AMENDED COMPLAINT**

_____    **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code** (state, county, or municipal defendants)

**X**         **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

_____    **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

Reviewed: 8/2013

**I.**   **Plaintiff(s):**

   **A.**   Name: _Andrew James Morton_

   **B.**   List all aliases: _N/A_

   **C.**   Prisoner identification number: _201510222044_

   **D.**   Place of present confinement: _Cook County Jail_

   **E.**   Address: _P.O. BOX 089002, Chicago, Illinois 60608_

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II.**   **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   **A.**   Defendant: _Thomas J. Dart_

   Title: _County Sheriff_

   Place of Employment: _Cook County Sheriffs office_

   **B.**   Defendant: _Victor Thomas_

   Title: _Superintendent - Division 6_

   Place of Employment: _Cook County Jail_

   **C.**   Defendant: _Tate_

   Title: _Commander - Division 6_

   Place of Employment: _Cook County Jail_

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Reviewed: 8/2013

IV.    **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

(1) While I was Housed In Division 6, I was Subjected to Sleep In a cell that was Cold, While In Segregation, with a temperature of 10°-20° Degrees. I was Housed In a cell that felt like an Iced Box for 6 days. This Is why Im Suing: Thomas J. Dart, Supt. Thomas, Cook County Maintance Department, Cmdr. Consolino, Cmdr. Tate, Sgt. Gray, Sgt. Dubaka, Jane Doe (s) and John Doe (s).

(2) When there was an Iced Box cell, Supervisors passed out Blankets, and refused to give me Extra Blankets to Accomodate me & the Cold. This Is why Im Suing: Supt. Thomas, Cmdr. Consolino, Sgt. Gray, Sgt. Dubaka, Jane Doe(s), and John Doe (s).

(3) Ive filed grievances about these Deplorable Living Conditions and was told that work orders was entered to fix Housing/Living Conditions. This Is why Im Suing: Cook County Maintance Department, J. Miller, Cmdr. Tate, Cmdr. Consolino, Theresa Olson, Jane Doe (s) and John Doe(s).

(4) Maintance said there was nothing they Could do. Division 6 Administration Is aware of this Inadequate Living Condition and Knows It Violates my Eighth and fourteenth Admendment of the State of Illinois-Bill of Rights. and failed to fix Deplorable Living Conditions. This Is why Im Suing: Cook County Maintance Department and Supt. Thomas.

4                                    Reviewed: 8/2013

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _____ N/A _____

_____

B. Approximate date of filing lawsuit: _____ N/A _____

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: ___ N/A ____

_____

_____

_____

D. List all defendants: _____ N/A _____

_____

_____

_____

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____ N/A _____

F. Name of judge to whom case was assigned: ____ N/A _____

_____

G. Basic claim made: _____ N/A _____

_____

_____

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____ N/A _____

_____

_____

I. Approximate date of disposition: _____ N/A _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

## Defendant(s)

Name:    D:  Commander Consolino
Title:       Commander - Division 6
Place of Employment:  Cook County Sheriff's Office.

E:  Sergant Gray
    Correctional Sergant - Division 6
    Cook County Sheriffs Office

F:  Sergant Dubraka
    Correctional Sergant - Division 6
    Cook County Sheriffs Office

G:  Theresa Olson
    Administrator/Director
    Cook County Sheriff's Office

H:  J. Miller
    Administrator/Director
    Cook County Sheriff's Office.

I:  Cook County Maintance Department
    Maintance - Division 6
    Cook County Sheriff's Office.

J:  Jane Doe (s)
    Unknown - Division 6
    Cook County Sheriff's Office.

_Defendant (s)

K: John Doe (s)
unKnown - Division 6
Cook County Sheriff's Office.

5) There Is Mold All Around the Showers walls, along with Dirt (Black), and the Shower being Unsanitary. This Is Why Im Suing: Cook County Maintance Department and Supt. Thomas.

6) There was mold all over the Walls, by the toilet, and where the water comes out (the faucet). I was Deprived of Drinking water And from using the restroom in my cell. I wrote grievances and requested to be moved and for the mold to be removed and was Denied. This Is Why Im Suing: Supt. Thomas, Cmdr. Tate, Cmdr. Consolino, Theresa Olson, J. Miller, Jane Doe (s), and John Doe (s).

7) Due to Mold I suffered troubles with Breathing, and because of the Inhalation of the mold my Lungs and Asthma became Inflamed. I was Screened by Medical and was given tylenol for the Inflamation and a Swollen throat. This Is Why Im Suing = Thomas J. Dart, Supt. Thomas, J. Miller, Theresa Olson, Cook County Maintance Department, Jane Doe(s), and John Doe(s).

8) Maintance came and painted over the Mold. There was mold Inside Both vents Inside the Cell, that brings the Smell of mold into the Stale Air. I complained about these Deficient Living Conditions and got No response. This Is Why Im Suing: Supt. Thomas, Thomas J. Dart, Cook County Maintance Department, Jane Doe(s) and John Doe (s).

9) I filed grievances about these Deplorable Living Conditions and was told that I didn't have a Choice, Where Im being Housed. This Is Why Im Suing: Supt. Thomas, Cmdr. Consolino, Cmdr. Tate, J. Miller, Theresa Olson, Jane Doe (s) and John Doe (s).

Reviewed: 8/2013

**V.    Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I. Want Compensation of 4 million Dollars for the Physical and mental/emotional Injury(s). and what ever the Court Seems deemed or Just.

_____

_____

_____

_____

**VI.    The plaintiff demands that the case be tried by a jury.** ☒ YES   ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _3rd_ day of _April_ , 20 _16_

_____
(Signature of plaintiff or plaintiffs)

Andrew J. Martin
(Print name)

20151022044
(I.D. Number)

Cook County Jail
P.O.Box 089002
Chicago, Illinois 60608.
(Address)

6

Reviewed: 8/2013

⑩ Due to reason 9, I was stuck and had to Stay around the mold, which Administration knew it was a unsuitable living conditions. This is why Im suing: Supt. Thomas, Cmdr. Tate, Cmdr. Cemardine, J. Miller, Theresa Olsun, Sgt. Gray, Sgt. Dubaka, Jane Doe (s), and John Doe (s).

⑪ These living conditions causes lung cancer and poor health and other illnesses. This is why Im suing: Thomas J. Dart, Supt. Thomas, Cmdr. Cemardine, Sgt. Gray, Sgt. Dubaka, Cook County Maintance Department, Theresa Olsun, J. Miller, Jane Doe (s), and John Doe (s).

⑫ There has been multiple grievances that has been filed, due to this matter. Administration deliberately left these fatal, inhumane, living conditions the same. This is why Im suing: Thomas J. Dart, Supt. Thomas, Cmdr. Tate, Cmdr. Cemardine, J. Miller, Theresa Olsun, Cook County Maintance Department, Jane Doe (s) and John Doe (s).

⑬ With these living conditions, I had racing thoughts, sweaty palms, couldnt sleep, head aches (Migrate), heavy breathing, swollen throat, constantly thoughts of me dieing, thoughts I was going to die, from me breathing in mold, I thought my lungs was being filled with mold, I felt weak, sometimes I contemplated suicide just to get away from the unsanitary conditions, which cause me to believe I was infact going to die. This is why Im suing: Thomas J. Dart, Supt. Thomas, Cmdr. Tate, Cmdr. Cemardine, Sgt. Gray, Sgt. Dubaka, Cook County Maintance Department, Theresa Olsun, J. Miller, Jane Doe (s) and John Doe (s).

⑭

## COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

☐ GRIEVANCE   ☐ NON-GRIEVANCE (REQUEST)

| CONTROL # | INMATE ID # |
|---|---|
| | |

### INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !**   *(! Para ser llenado solo por el personal de Inmate Services !)*

| GRIEVANCE FORM PROCESSED AS: | REFERRED TO: |
|---|---|
| ☐ EMERGENCY GRIEVANCE | ☐ CERMAK HEALTH SERVICES |
| ☐ GRIEVANCE | ☐ SUPERINTENDENT: _____ |
| ☐ NON-GRIEVANCE (REQUEST) | ☐ OTHER: _____ |

### INMATE INFORMATION *(Información del Preso)*

| PRINT - INMATE LAST NAME *(Apellido del Preso):* | PRINT - FIRST NAME *(Primer Nombre):* | INMATE BOOKING NUMBER *(# de identificación del detenido)* |
|---|---|---|
| Mirton | Andrew | 20151022044 |
| **DIVISION** *(División):* 10 | **LIVING UNIT** *(Unidad):* 2C | **DATE** *(Fecha):* 3-10-16 |

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT *(Breve Resumen de los Hechos del Preso):*

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.
- *Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.*
- *Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.*
- *Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.*
- *Sólo una queja por formulario.*

| DATE OF INCIDENT *(Fecha Del Incidente)* | TIME OF INCIDENT *(Hora Del Incidente)* | SPECIFIC LOCATION OF INCIDENT *(Lugar Específico Del Incidente)* |
|---|---|---|
| 2-21-16 | 10am | Division 6, Unit 1C |

The Maintanice Company of Division 6, Violated my State & Constitutional Rights. I have Complained & wrote grievances about several Problems with the living Conditions, in the Unit of Division 6. I was told by Director Miller that Maintance is a seperate Problem/Agency + I should Contact there Agency/Company. Work orders has been put in about Many Fatal, Deficient, Deplorable living Conditions + Maintance fails to fix or even Come See about these fatal living Conditions. My Rights has been Violated.

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** *(Acción que esta solicitado, Esta sección debe completarse)*

I would like to Know the Agency/Company the Maintance is Employed by, to file A complaint for Maintance Not responding to work orders + Not fixing these fatal Living Conditions.

IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.

*(SI ELIGEDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE  CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE  UN PRINCIPIO, ES NECESARIO QUE CAMBIE  LA FECHA E INCLUYA SUS INICIALES  PARA SUMITIR SU FORMA)*

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información:)* | INMATE SIGNATURE AND DATE: *(Firma del Preso/Fecha):* |
|---|---|
| N/A | A [signature] 3-10-16 |

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES.  IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| [signature] | [signature] | 3-11-16 |
| **SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):** | **SIGNATURE:** | **DATE REVIEWED:** |
| | | |

(FCN-40)(SEP 14)   **(WHITE COPY** – INMATE SERVICES)   **(YELLOW COPY** – CRW/PLATOON COUNSELOR)   **(PINK COPY** – INMATE)



**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*
**INMATE GRIEVANCE RESPONSE / APPEAL FORM**
*(Petición de Queja del Preso / Respuesta / Forma de Apelación)*

☐ GRIEVANCE          ☑ NON-GRIEVANCE (REQUEST)

| CONTROL # |
|---|
| n/a |

## INMATE INFORMATION *(Información del Preso)*

| INMATE LAST NAME *(Apellido del Preso):* | INMATE FIRST NAME *(Primer Nombre):* | ID Number *(# de identificación):* |
|---|---|---|
| Martin | Andrew | 2015102044 |

## GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
### (EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT:

one facility request

IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE (if applicable):

| CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE / /REQUEST TO (Example: Superintendent, Cermak Health services, Personnel): | DATE REFERRED: |
|---|---|
| Facility | / 16 / 16 |

RESPONSE BY PERSONNEL HANDLING REFERRAL:

I believe the answer he is looking for is: "Department of Facilities Management"

| PERSONNEL RESPONDING TO GRIEVANCE: (Print): | SIGNATURE: | DIV. / DEPT. | DATE: |
|---|---|---|---|
| JAMES MORRISON | James Morrin | | 3 / 15 / 16 |

**Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.**

| SUPERINTENDENT / DIRECTOR / DESIGNEE (Print): | SIGNATURE: | DIV. / DEPT. | DATE: |
|---|---|---|---|
| | | | ___ / ___ / ___ |

| NON-GRIEVANCE (REQUEST) SUBJECT CODE (Check applicable box): | INMATE SIGNATURE *(Firma del Preso):* | DATE RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida):* |
|---|---|---|
| ☐ GRIEVANCE SUBJECT CODE: _____ <br> ☐ NON-GRIEVANCE SUBJECT CODE: _____ | | ___ / ___ / ___ |

## INMATE'S REQUEST FOR AN APPEAL *(Solicitud de Apelación del Preso)*

\* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.

*\* Las apelaciones tendrán que ser sometidas dentro de los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.*

DATE OF INMATE'S REQUEST FOR AN APPEAL: *(Fecha de la solicitud del la apelacion del detenido):* _____ / _____ / _____

INMATE'S BASIS FOR AN APPEAL *(Base del detenido para una apelacion):*

| ADMINISTRATOR / DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL? <br> *¿ Apelación del detenido aceptada por el administrador o/su designado(a)?* | Yes *(Si)* ☐ | No ☐ |
|---|---|---|

ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION *(Decision o recomendacion por parte del administrador o / su designado(a)):*

| ADMINISTRATOR / DESIGNEE *(Administrador o / su Designado(a)):* | SIGNATURE *(Firma del Administrador o / su Designado(a)):* | DATE *(Fecha):* |
|---|---|---|
| | | ___ / ___ / ___ |

| INMATE SIGNATURE *(Firma del Preso):* | DATE INMATE RECEIVED APPEAL RESPONSE: *(Fecha en que el Preso recibio respuesta a su apelacion):* |
|---|---|
| | ___ / ___ / ___ |

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

☐ GRIEVANCE   ☐ NON-GRIEVANCE (REQUEST)

| CONTROL # | INMATE ID # |
|---|---|
| | |

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !**   *(! Para ser llenado solo por el personal de Inmate Services !)*

**GRIEVANCE FORM PROCESSED AS:**

☐ EMERGENCY GRIEVANCE

☐ GRIEVANCE

☐ NON-GRIEVANCE (REQUEST)

**REFERRED TO:**

☐ CERMAK HEALTH SERVICES

☐ SUPERINTENDENT: _____

☐ OTHER: _____

### INMATE INFORMATION *(Información del Preso)*

| PRINT - INMATE LAST NAME *(Apellido del Preso):* | PRINT - FIRST NAME *(Primer Nombre):* | INMATE BOOKING NUMBER *(# de identificación del detenido)* |
|---|---|---|
| Morton | Andrew | 20151022704/4 |

| DIVISION *(División):* | LIVING UNIT *(Unidad):* | DATE *(Fecha):* |
|---|---|---|
| 6 | 2B-1 | 12-13-15 |

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT *(Breve Resumen de los Hechos del Preso):*

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

- Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
- Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
- Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.
- Sólo una queja por formulario

| DATE OF INCIDENT *(Fecha Del Incidente):* | TIME OF INCIDENT *(Hora Del Incidente):* | SPECIFIC LOCATION OF INCIDENT *(Lugar Específico Del Incidente):* |
|---|---|---|
| 12-13-15 | 1pm | 2B-1 |

My Cell has Mold in it. Both vents inside My cell has Mold that brings the smell of Mold into the stale Air inside My cell. This is A Deficent, Deplorable, and Foetal Living Condition. I've spoken to several staff about this living condition, requesting help, but was Denied. This living condition violates My State & U.S. Constitutional Bill of Rights + Admendments. I was told by My civil Attorney that this Division/Building is Condemned + Should noone be housed in it. This cell has poor ventilation and has Mold around the dayroom as well. My Health is At Risk I have Asthma

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** *(Acción que esta solicitado, Esta sección debe completarse:)* Requesting the vents be cleaned and checked on A Regular Basics, Also to be Moved to another Division, due to Above conditions, and to Prevent from any other Health Risk while incarcerated at/under CCDOC Custody.

**IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.**

*(SI ELEGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA E INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)*

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información:)* | INMATE SIGNATURE AND DATE: *(Firma del Preso/Fecha)* |
|---|---|
| N/A | A.Morton   12-13-15 |

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| C. Esquivel | C. Esquivel | 12/16/15 |

| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |
|---|---|---|
| | | |

| (FCN-40)(SEP 14) | **(WHITE COPY** – INMATE SERVICES) | **(YELLOW COPY** – CRW/PLATOON COUNSELOR) | **(PINK COPY** – INMATE) |
|---|---|---|---|

665991
170

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Aguacil del Condado de Cook)*

☒ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

## INMATE GRIEVANCE RESPONSE / APPEAL FORM
*(Petición de Queja del Preso/Respuesta/Forma de Apelación)*

CONTROL #: 2015 X 7218

## INMATE INFORMATION

INMATE LAST NAME *(Apellido del Preso):* Morton
INMATE FIRST NAME *(Primer Nombre):* Andrew
ID Number *(# de Identificación):* 20151022204

## GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW/PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT:
170-Living Conditions

IMMEDIATE CRW/PLATOON COUNSELOR RESPONSE (if applicable):

CRW/PLATOON COUNSELOR REFERRED THIS GRIEVANCE/REQUEST TO: 06-Sept.
DATE REFERRED: 10/21/15

RESPONSE BY PERSONNEL HANDLING REFERRAL:

PERSONNEL RESPONDING TO GRIEVANCE (Print):
SIGNATURE:
DIV./DEPT.:
DATE: /15

SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):
SIGNATURE:
DIV./DEPT.:
DATE: / /

NON-GRIEVANCE (REQUEST) SUBJECT CODE:
☐ GRIEVANCE SUBJECT CODE:
☐ NON-GREIVANCE SUBJECT CODE:
INMATE SIGNATURE *(Firma del Preso):*
DATE RESPONSE WAS RECEIVED: 10/22/15

## INMATE'S REQUEST FOR AN APPEAL *(Solicitud de Apelación del Preso)*

* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.
* Las apelaciones tendrán que ser sometidas dentro del los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.

DATE OF INMATE'S REQUEST FOR AN APPEAL: 12/22/15

INMATE'S BASIS FOR AN APPEAL: My Health is still being at risk. Administration have been aware of these of fatal living conditions for a while. I'm requesting the the Mold on to be removed, and I to be Transferred to another Division.

ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL? Yes ☐ No ☒

ADMINISTRATOR/DESIGNEE'S DECISION OR RECOMMENDATION:
Response stands. Submit health request form for medical concerns.

ADMINISTRATOR/DESIGNEE: Theresa Olson
SIGNATURE:
DATE: 12/29/15

INMATE SIGNATURE: X
DATE INMATE RECEIVED APPEAL RESPONSE: /5/2016

(FCN-48)(NOV 11) (WHITE COPY – PROGRAM SERVICES) (YELLOW COPY – C.R.W./PLATOON COUNSELOR) (PINK COPY – INMATE)



**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE FORM**
*(Formulario de Queja del Preso)*

☐ GRIEVANCE   ☐ NON-GRIEVANCE (REQUEST)

| CONTROL # | INMATE ID # |
|---|---|
| | |

| ! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !   *(! Para ser llenado solo por el personal de Inmate Services !)* |
|---|

**GRIEVANCE FORM PROCESSED AS:**

☐ EMERGENCY GRIEVANCE

☐ GRIEVANCE

☐ NON-GRIEVANCE (REQUEST)

**REFERRED TO:**

☐ CERMAK HEALTH SERVICES

☐ SUPERINTENDENT: _____

☐ OTHER: _____

| INMATE INFORMATION *(Información del Preso)* |
|---|

**PRINT - INMATE LAST NAME** *(Apellido del Preso):*  Morton

**PRINT - FIRST NAME** *(Primer Nombre):*  Andrew

**INMATE BOOKING NUMBER** *(# de identificación del detenido)*  20151022044

**DIVISION** *(División):*  6

**LIVING UNIT** *(Unidad):*  1P

**DATE** *(Fecha):*  1/22/16

| INMATE'S BRIEF SUMMARY OF THE COMPLAINT *(Breve Resumen de los Hechos del Preso):* |
|---|

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is administratively determined to be processed as a non-grievance request, it will not be assigned a control #, nor can it be appealed or remedies exhausted, however, an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request, or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

- Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
- Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
- Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.
- Sólo una queja por formulario

**DATE OF INCIDENT** *(Fecha Del Incidente)*  1/22/16

**TIME OF INCIDENT** *(Hora Del Incidente)*  9pm

**SPECIFIC LOCATION OF INCIDENT** *(Lugar Específico Del Incidente)*  Cell 17, of 1P.

my cell temperature is so Cold. My Cell feels Like an Ice Box. I've been Housed in this Cell for 6 days. I've Complained about the room temptuare, and filed grievances about this Deplorable Living Condition. There is No Sign of any Heat In my Cell. This is Cruel & Unusal Punishment. My Rights are being Violated. My Cell feels like its at least 10°-20° Degrees. Since being in this Cell a work order was put in but Maintained Came & Said its Nothing they Could do.

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** *(Acción que esta solicitado, Esta sección debe completarse)*  Investigation be Conducted about the Coldness, and room temperature. To be Moved to another Tier, Also For An Investigation to be Conducted about the Ventilation System. Also that Cell 17, of 1P be shut down, until Problem is Fixed or Corrected.

| IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM. |
|---|
| *(SI ELEGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA Y INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)* |

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:**
*(Nombre del personal o presos que tengan información:)*  N/A

**INMATE SIGNATURE AND DATE:** *(Firma del Preso/Fecha):*  A.C.  1/25/16

| SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION. |
|---|

**CRW/PLATOON COUNSELOR (Print):**  A. Jones

**SIGNATURE:**

**DATE CRW/PLATOON COUNSELOR RECIEVED:**  1/25/16

**SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):**

**SIGNATURE:**

**DATE REVIEWED:**

(FCN-40)(APR15)     **(WHITE COPY** – INMATE SERVICES)     **(YELLOW COPY – CRW/PLATOON COUNSELOR)**     **(PINK COPY – INMATE)**

665991
170

## COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE RESPONSE / APPEAL FORM
*(Petición de Queja del Preso / Respuesta / Forma de Apelación)*

☒ GRIEVANCE  ☐ NON-GRIEVANCE (REQUEST)

**CONTROL #**
2015 X 7488

### INMATE INFORMATION *(Información del Preso)*

| INMATE LAST NAME *(Apellido del Preso)*: | INMATE FIRST NAME *(Primer Nombre)*: | ID Number *(# de Identificación)*: |
|---|---|---|
| Morton | Andrew | 20151022044 |

### GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT:

170 - Living Conditions

IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE (if applicable):

All attachments regarding previous living Conditions
Grievance 2015 7218.

CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE / /REQUEST TO (Example: Superintendent, Cermak Health services, Personnel):
06 Supt.

DATE REFERRED: 10 / 24 / 15

RESPONSE BY PERSONNEL HANDLING REFERRAL:

Preventative facility's management will be notified, Inmate will

| PERSONNEL RESPONDING TO GRIEVANCE (Print): | SIGNATURE: | DIV. / DEPT. | DATE: |
|---|---|---|---|
| | | 6 | 12 / 31 / 15 |

**Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.**

| SUPERINTENDENT / DIRECTOR / DESIGNEE (Print): | SIGNATURE: | DIV. / DEPT. | DATE: |
|---|---|---|---|
| | | | / / |

NON-GRIEVANCE (REQUEST) SUBJECT CODE (Check applicable box):
☐ GRIEVANCE SUBJECT CODE: _____
☐ NON-GRIEVANCE SUBJECT CODE: _____

INMATE SIGNATURE *(Firma del Preso)*:
X

DATE RESPONSE WAS RECEIVED:
*(Fecha en que la respuesta fue recibida)*:
1 / 5 / 16

### INMATE'S REQUEST FOR AN APPEAL *(Solicitud de Apelación del Preso)*

\* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.

*\* Las apelaciones tendrán que ser sometidas dentro de los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.*

DATE OF INMATE'S REQUEST FOR AN APPEAL: *(Fecha de la solicitud del la apelacion del detenido)*: 1 / 5 / 16

INMATE'S BASIS FOR AN APPEAL *(Base del detenido para una apelacion)*: The response to grievance # 2015-7218
Cndlr. gave the same response. Which was about 1 1/2 month
ago. Saying the Issue is being Address.

### ADMINISTRATOR / DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?
*¿ Apelación del detenido aceptada por el administrador o/su designado(a)?*

Yes *(Si)* ☐   No ☒

ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION *(Decision o recomendacion por parte del administrador o / su designado(a))*:

Original Response to Stand

| ADMINISTRATOR / DESIGNEE *(Administrador o / su Designado(a))*: | SIGNATURE *(Firma del Administrador o / su Designado(a))*: | DATE *(Fecha)*: |
|---|---|---|
| JMuller | | 1 / 12 / 16 |

INMATE SIGNATURE *(Firma del Preso)*:

DATE INMATE RECEIVED APPEAL RESPONSE:
*(Fecha en que el Preso recibio respuesta a su apelacion)*:
1 / 16 / 16

FCN-48 (Rev. 09/14)    WHITE COPY - PROGRAM SERVICES    YELLOW COPY - CRW / PLATOON COUNSELOR    PINK COPY - INMATE

pg. 1 of 2

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

☐ GRIEVANCE  ☐ NON-GRIEVANCE (REQUEST)   Code 170.

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

| CONTROL # | INMATE ID # |
|---|---|
| 20160383 | 665991 |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !**  *(! Para ser llenado solo por el personal de Inmate Services !)*

### GRIEVANCE FORM PROCESSED AS:
☐ EMERGENCY GRIEVANCE
☐ GRIEVANCE
☐ NON-GRIEVANCE (REQUEST)

### REFERRED TO:
☐ CERMAK HEALTH SERVICES
☑ SUPERINTENDENT: _06 Supt._
☐ OTHER: _____

### INMATE INFORMATION *(Información del Preso)*

**PRINT - INMATE LAST NAME** *(Apellido del Preso):* Morten

**PRINT - FIRST NAME** *(Primer Nombre):* Andrew

**INMATE BOOKING NUMBER** *(# de identificación del detenido)* 20151022044

**DIVISION** *(División):* 6

**LIVING UNIT** *(Unidad):* 2C

**DATE** *(Fecha):* 1-14-16

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT *(Breve Resumen de los Hechos del Preso):*

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

- Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
- Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
- Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.
- Sólo una queja por formulario

| DATE OF INCIDENT *(Fecha Del Incidente)* | TIME OF INCIDENT *(Hora Del Incidente)* | SPECIFIC LOCATION OF INCIDENT *(Lugar Especifico Del Incidente)* |
|---|---|---|
| 1-13-16 | 11am | Living Condition of 2C |

WE IS 1 PEOPLE (PER SIGNATURE) OF 2(C) DIV6 WAS MOVED ALL TO 1(C) DIV6 1-13-16 (?)S NOT IN OPERATION... HENRON 2061510916003 ?C THERE WERE FOG/AIR NOT WORKING, SOME HOT WATER, NOT WORKING, AND NOT TO MENTION CELLS ARE ICE COLD, SOME ARE HOT... MEANS SOMETHING IS BROKEN WE SHOULD NOT HAVE TO SLEEP WITH THERMALS ON OR ALMOST NUDE. CONDO BOOK STATES THAT WE ARE TO HAVE OPERATING NON-HAZARDOUS LIVING CONDITIONS THIS A LEGAL RIGHT OF INMATES.

### ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED *(Acción que esta solicitado, Esta sección debe completarse)*

For the Per Signature Detainees to be Moved to another Tier. Also for an investigation to be Conducted about the living Conditions. Also for Sanitation to be Notified. But for the Inmates to be Moved to a Better Living Unit.

**IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.**

*(SI ELEGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA Y INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)*

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:** *(Nombre del personal o presos que tengan información:)*
Please Refer to Attachment.

**INMATE SIGNATURE AND DATE:** *(Firma del Preso/Fecha):* 1-14-16

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES.  IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| R Jones | | 1/15/16 |

| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |
|---|---|---|
| | 2015081923 | |

(FCN-40)(SEP 14)    **(WHITE COPY** – INMATE SERVICES)    **(YELLOW COPY** – CRW/PLATOON COUNSELOR)    **(PINK COPY** – INMATE)



**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*
**INMATE GRIEVANCE RESPONSE / APPEAL FORM**
*(Petición de Queja del Preso / Respuesta / Forma de Apelación)*

☑ GRIEVANCE  ☐ NON-GRIEVANCE (REQUEST)

CONTROL #
20160383

665991
.170

## INMATE INFORMATION *(Información del Preso)*

| INMATE LAST NAME *(Apellido del Preso):* | INMATE FIRST NAME *(Primer Nombre):* | ID Number *(# de identificación):* |
|---|---|---|
| Monroe | Andrew | 2015 1022 044 |

## GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT:

170 - Living Conditions

IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE (if applicable):

CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE / /REQUEST TO (Example: Superintendent, Cermak Health services, Personnel):
O.G. Pugh

DATE REFERRED: 1/13/16

RESPONSE BY PERSONNEL HANDLING REFERRAL:
INMATES HAVE NO INDIVIDUAL RIGHT TO SELECTIVE HOUSING. Refer
GRIEVANCE TO DFM FOR ADJUDICATION AND WORK ORDER PLACEMENT
TO ADDRESS ALLEGED DEFICIENCY

| PERSONNEL RESPONDING TO GRIEVANCE (Print): | SIGNATURE: | DIV. / DEPT. | DATE: |
|---|---|---|---|
| CONSOLINO | | 6 | 1/20/16 |

**Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.**

| SUPERINTENDENT / DIRECTOR / DESIGNEE (Print): | SIGNATURE: | DIV. / DEPT. | DATE: |
|---|---|---|---|
| | | | / / |

NON-GRIEVANCE (REQUEST) SUBJECT CODE (Check applicable box):
☐ GRIEVANCE SUBJECT CODE: _____
☐ NON-GRIEVANCE SUBJECT CODE: _____

INMATE SIGNATURE *(Firma del Preso):*

DATE RESPONSE WAS RECEIVED:
(Fecha en que la respuesta fue recibida):
1/22/16

## INMATE'S REQUEST FOR AN APPEAL *(Solicitud de Apelación del Preso)*

\* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.

\* Las apelaciones tendrán que ser sometidas dentro de los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.

DATE OF INMATE'S REQUEST FOR AN APPEAL: *(Fecha de la solicitud del la apelacion del detenido):* 1/22/16

INMATE'S BASIS FOR AN APPEAL *(Base del detenido para una apelacion):* Work orders has been put in! How long
do we need to give Maintnce a Chance to Fix Problems that was
already aware of! Requesting that I would be Transfered to
a different Protective Custody Division. Also Problems to be fixed & Corrected.

ADMINISTRATOR / DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?
¿ Apelación del detenido aceptada por el administrador o/su designado(a)?
Yes *(Si)* ☐  No ☑

ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION *(Decision o recomendacion por parte del administrador o / su designado o):*

Inmate has been relocated to 1C - Work Orders pending
by Fac Mgmt. - NOT CCSO/CCDOC control

| ADMINISTRATOR / DESIGNEE *(Administrador o / su Designado(a)):* | SIGNATURE *(Firma del Administrador o / su Designado(a)):* | DATE *(Fecha):* |
|---|---|---|
| J Mwell | | 02/02/16 |

INMATE SIGNATURE *(Firma del Preso):*

DATE INMATE RECEIVED APPEAL RESPONSE:
(Fecha en que el Preso recibio respuesta a su apelacion):
2/11/16

Attached

pg 2 of 2

20160383

Witness

Inmate #: 665991
CODE: 170

| Name | I.D # | Living Unit |
|------|-------|-------------|
| 1. Jason Walker | 20150813171 | 2C-17 |
| 2. Rayshawn Ellison | 20150723236 | 2C-19 |
| 3. Demarion Chambers | 20151119070 | 2C-20 |
| 4. Dantrell Moore | 20150502139 | 2C-5 |
| 5. Kenneth Williams | 201411-2014-9 | 1C-18 |
| 6. Tyler Butler | 20151216193 | 1C-18 |
| 7. Charles Chew | 20140136074 | 1C-11 |
| Jesse Hall | 20151022114 | 1C-21 |
| Cameron Winfield | 20141129192 | 1C-21 |
| William Sibey | 2015-1204059 | 1C-13 |
| Antonio Herron | 26140916003 | 2C-7 |
| Matthew Clark | 2015-011-5211-2C9 | |
| Deon Nichols | 20150914112 | 1C-4 |
| Miguel Pico | 2013-0908116 | 2C/1C-7 |
| Joshua Tucker | 2015-0623219 | 2C/1C-2 |
| Tim Kelley | 2015-0904204 | 2C/1C-58 |
| Bryan Pudling | 2015-0623091 | 2C/1C-C10 |
| J. Robinson | 2015-0909207 | 2C/1/1 |
| Dwight Coverson | 2015-12-13112 | 1C/Rm.10 |
| Ryan Riccio | 2016-0104045 | 1C/Rm L2 |
| Darrick Edwards | 20150819239 | 1C Rm11 |
| Kristian Ooes | 2015100 8279 | 1C Rm 13 |

Department of Health and Human Services
233 North Michigan Ave    Suite 1300
Chicago, Illinois 60601
(312) 353 - 5160
www.hhs.gov

Department of Housing and Urban
Development
77 West Jackson Blvd.    26th Floor
Chicago, Illinois    60604
(312) 353-5680
www.hud.gov

Department of Labor
200 Constitution Avenue, NW
Washington, DC   20210
(866) 4USADOL
www.usdol.gov

Department of Justice
950 Pennsylvania Ave., NW
Washington, DC   20530
(202) 514-2000
www.usdoj.gov

Department of Veterans Administration
2122 West Taylor Street
Chicago, Illinois    60612
(800) 827 - 1000
www.va.gov

Equal Employment Opportunity
Commission
500 West Madison Street   Suite 2000
Chicago, Illinois    60661
(800) 889 - 4000
www.eeoc.gov

Federal Bureau of Investigation
Chicago Division

2111 West Roosevelt
Chicago, Illinois    60608
(312) 421 - 6700
www.chicago.fbi.gov

Social Security
77 West Jackson Blvd.   Room 300
Chicago, Illinois    60604
(800) 772 - 1213
www.ssa.gov

United States Bankruptcy Court for the
Northern District of Illinois
219 South Dearborn
Chicago, Illinois    60604
(312) 435-5694
www.ilnb.uscourts.gov
United States Court of Appeals
for the Seventh Circuit
219 South Dearborn   Room 2722
Chicago, Illinois    60604
(312) 435 - 5850

United States District Court for the
Northern District of Illinois
219 South Dearborn
Chicago, Illinois
(312) 435 - 5670
www.ilnd.uscourts.gov

**APPENDIX: SAMPLES OF FORMS AND LOCAL RULES**

- **MAP OF THE NORTHERN DISTRICT OF ILLINOIS**
- **APPEARANCE FORM**
- **CIVIL COVER SHEET**
- **SUMMONS**
- **NOTICE OF LAWSUIT AND WAIVER OF SERVICE**
- **WAIVER OF SERVICE**
- **MOTION FOR ATTORNEY ASSISTANCE**
- **IN FORMA PAUPERIS PETITION**
- **COMPLAINT OF EMPLOYMENT DISCRIMINATION**
- **COMPLAINT OF VIOLATION OF CONSTITUTIONAL RIGHTS**
- **NOTICE OF MOTION AND CERTIFICATE OF SERVICE**
- **USM FORM 285 (SERVICE OF PROCESS BY U.S. MARSHAL)**
- **LOCAL RULES 5.2 - 5.4**
- **LOCAL RULE 78**
- **RULE 4 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

☑ GRIEVANCE  ☐ NON-GRIEVANCE (REQUEST)   *Code 170*

## COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE FORM**
*(Formulario de Queja del Preso)*   *Pg 1 of 2*

| CONTROL # | INMATE ID # |
|---|---|
| 20160383 | 665991 |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *( Para ser llenado solo por el personal de Inmate Services !)*

| GRIEVANCE FORM PROCESSED AS: | REFERRED TO: |
|---|---|
| ☐ EMERGENCY GRIEVANCE | ☐ CERMAK HEALTH SERVICES |
| ☑ GRIEVANCE | ☑ SUPERINTENDENT: O6 Supt |
| ☐ NON-GRIEVANCE (REQUEST) | ☐ OTHER: |

### INMATE INFORMATION *(Información del Preso)*

| PRINT - INMATE LAST NAME *(Apellido del Preso)*: | PRINT - FIRST NAME *(Primer Nombre)*: | INMATE BOOKING NUMBER *(# de Identificación del detenido)*: |
|---|---|---|
| Morton | Andrew | 20151022044 |

| DIVISION *(División)*: | LIVING UNIT *(Unidad)*: | DATE *(Fecha)*: |
|---|---|---|
| 6 | 2C | 1-14-16 |

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT *(Breve Resumen de los Hechos del Preso)*:

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

- Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
- Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
- Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.
- Sólo una queja por formulario

| DATE OF INCIDENT *(Fecha Del Incidente)* | TIME OF INCIDENT *(Hora Del Incidente)* | SPECIFIC LOCATION OF INCIDENT *(Lugar Específico Del Incidente)* |
|---|---|---|
| 1-13-16 | 11am | Living Condition of 2C |

WE AS A PEOPLE (PER SIGNATURE) OF 2(C) DIV 6 WAS MOVED ALL TO 1(C) DIV 6 1-13-16 (C) IS NOT IN OPERATION FOR LIVING. THERES MOLD (BLACK) EVERY WHERE FOUNTAINS NOT WORKING, SOME HOT WATER, NOT WORKING, AND NOT TO MENTION CELLS ARE ICE COLD, SOME ARE HOT WHICH MEANS SOMETHING IS BROKEN WE SHOULD NOT HAVE TO SLEEP WITH THERMALS ON OR ALMOST NUDE. CCDOC BOOK STATES THAT WE ARE TO HAVE OPERATING NON-HAZARDOUS LIVING CONDITIONS THIS A LEGAL RIGHT OF INMATES

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** *(Acción que esta solicitado, Esta sección debe completarse)* For the Per Signature

Detainees to be Moved to another Tier. Also for an Investigation to be Conducted, about the living Conditions. Also for Sanitation to be Notified. But for the Inmates to be Moved to a Better Living Unit.

IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.

(SI ELIGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA Y INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información:)* | INMATE SIGNATURE AND DATE: *(Firma del Preso/Fecha:)* |
|---|---|
| Please Refer to Attachment. | *[signature]* 1-14-16 |

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| J. Jones | *[signature]* | 1/15/16 |

| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |
|---|---|---|
| | | |

(FCN-40)(SEP 14)   **(WHITE COPY – INMATE SERVICES)**   **(YELLOW COPY – CRW/PLATOON COUNSELOR)**   **(PINK COPY – INMATE)**

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*
**INMATE GRIEVANCE RESPONSE / APPEAL FORM**
*(Petición de Queja del Preso / Respuesta / Forma de Apelación)*

Inmate #: 665991
CODE: 170

☑ GRIEVANCE    ☐ NON-GRIEVANCE (REQUEST)

CONTROL #
20160583

## INMATE INFORMATION (Información del Preso)

INMATE LAST NAME (Apellido del Preso): Morton
INMATE FIRST NAME (Primer Nombre): Andrew
ID Number (# de Identificación): 20151022044

## GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
*(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)*

CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT:
170 - Living Conditions

IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE (If applicable):

CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE / REQUEST TO (Example: Superintendent, Cermak Health services, Personnel): OC Supt

DATE REFERRED: 1/5/16

RESPONSE BY PERSONNEL HANDLING REFERRAL: INMATES HAVE NO INDIVIDUAL RIGHT TO SELECTIVE HOUSING. [XXX] Refer GRIEVANCE TO DFM FOR ADJUDICATION AND WORK ORDER PLACEMENT TO ADDRESS ALLEGED DEFICIENCY

PERSONNEL RESPONDING TO GRIEVANCE (Print): CONSOLINO
SIGNATURE:
DIV. / DEPT.: 6
DATE: 1/20/16

Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.

SUPERINTENDENT / DIRECTOR / DESIGNEE (Print):
SIGNATURE:
DIV. / DEPT.:
DATE: / /

NON-GRIEVANCE (REQUEST) SUBJECT CODE (Check applicable box):
☐ GRIEVANCE SUBJECT CODE:
☐ NON-GRIEVANCE SUBJECT CODE:

INMATE SIGNATURE (Firma del Preso):

DATE RESPONSE WAS RECEIVED:
(Fecha en que la respuesta fue recibida): 1/23/16

## INMATE'S REQUEST FOR AN APPEAL (Solicitud de Apelación del Preso)

* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.

* Las apelaciones tendrán que ser sometidas dentro de los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.

DATE OF INMATE'S REQUEST FOR AN APPEAL (Fecha de la solicitud de la apelacion del detenido): 1/23/16

INMATE'S BASIS FOR AN APPEAL (Base del detenido para una apelacion): Work orders have been put In. How long do we need to give Mantance a Chance to fix Problems that they are already aware of. Requesting that I would be Transfered to a different Protective custody Division.

ADMINISTRATOR / DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?
¿ Apelación del detenido aceptada por el administrador o/su designado(a)?
Yes (SI) ☐    No ☒

ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION (Decision o recomendacion por parte del administrador o / su designado(a)):
Inmate has been relocated to IC - Work Orders pending by Per Mang. - NOT CCSO/CCDOC control

ADMINISTRATOR / DESIGNEE (Administrador o / su Designado(a)): J Mueller
SIGNATURE (Firma del Administrador o / su Designado(a)):
DATE (Fecha): 02/02/16

INMATE SIGNATURE (Firma del Preso):
DATE INMATE RECEIVED APPEAL RESPONSE:
(Fecha en que el Preso recibió respuesta a su apelacion): 2/9/16

FCN-48 (Rev. 09/14)    WHITE COPY - PROGRAM SERVICES    YELLOW COPY - CRW / PLATOON COUNSELOR    PINK COPY - INMATE